591 A.2d 710

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Roger WELSHANS.**

**COMMONWEALTH of Pennsylvania,**

v.

**Roger WELSHANS, Cross Petitioner.**

Supreme Court of Pennsylvania.

May 20, 1991.

## ORDER

PER CURIAM:

AND NOW, this 20th day of May, 1991, the Petition for Allowance of Appeal is granted. The matter is to be consolidated with *Com. v. Voshall*, 525 Pa. 599, 575 A.2d 565 (1990). The Cross–Petition is denied.